John A. Vogt, Bar No. 198677
javogt@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendants
SIMPLISAFE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVIS SCHLUETER-BECKNER, individually and on behalf of all similarly situated individuals; and ZACH BABKA, individually and on behalf of all similarly situated individuals,

Plaintiffs,

v.

SIMPLISAFE, INC., a Delaware corporation; and DOES 1-10, inclusive,

Defendants.

Case No. 3:25-cv-01764-CRB

**STIPULATION REGARDING SIMPLISAFE'S MOTION TO COMPEL ARBITRATION AND PLAINTIFFS' FIRST AMENDED COMPLAINT**: ORDER

Plaintiffs Travis Schlueter-Beckner and Zach Babka individually and on behalf of all similarly situated individuals ("Plaintiffs") and Defendant SimpliSafe, Inc. ("SimpliSafe"), through their respective attorneys of record, hereby stipulate as follows:

1. On April 17, 2025, SimpliSafe filed a motion to compel arbitration. ECF No. 14.

2. On May 6, 2025, Plaintiffs filed an amended complaint. ECF No. 19. Plaintiffs' amendments were minor and did not impact the Complaint's core allegations or causes of action. The amendments also did not impact the basis upon which SimpliSafe moved to compel arbitration.

3. SimpliSafe's deadline to answer or otherwise respond to the first amended complaint is May 20, 2025.

4. On May 16, 2025, Plaintiffs filed their opposition to SimpliSafe's Motion to Compel Arbitration. ECF No. 20.

5. SimpliSafe's reply in support of its motion to compel arbitration is due on June 2, 2025. *See* ECF No. 16.

6. The parties have conferred and agree that Plaintiffs' first amended complaint does not moot SimpliSafe's motion to compel arbitration since the amendments were minor and do not change the basis on which SimpliSafe moved to compel. *See Shanley v. Tracy Logistics LLC*, No. 2:24-cv-01011, 2025 WL 19012 (E.D. Cal. Jan. 2, 2025) (explaining that while "[g]enerally, courts deny a motion that targets a complaint that is no longer in effect . . . [but] [h]ere Plaintiff's first amended complaint still asserts the exact same claims as in the initial complaint, is based on the same factual allegations, and it is those same claims that Defendants seek to compel Plaintiff to arbitrate. Thus, the court finds Defendants' motion to compel arbitration of Plaintiff's individual claims is not rendered moot by Plaintiff's filing of the first amended complaint.").

7. The parties further agree that SimpliSafe need not refile its motion to compel arbitration and that SimpliSafe's pending motion to compel arbitration serves as its response to the first amended complaint.

8. The parties enter this stipulation to prevent unnecessary delay and to conserve judicial and party resources by avoiding duplicative briefing.

THEREFORE, Plaintiffs and SimpliSafe hereby stipulate and agree that SimpliSafe's Motion to Compel Arbitration remains pending and thus SimpliSafe need not refile the motion to compel arbitration, and that SimpliSafe's motion to compel arbitration constitutes SimpliSafe's response to the Plaintiffs' first amended complaint.

Dated: May 20, 2025

JONES DAY

By: /s/ *John A. Vogt*
John A. Vogt

Attorneys for Defendant
SIMPLISAFE, INC.

Dated: May 20, 2025

KING & SIEGEL LLP

By: */s/ Brent Boos*
Brent Boos

Attorneys for Plaintiffs
TRAVIS SCHLUETER-BECKNER, and
ZACH BABKA

**ECF CERTIFICATION**

I, John A. Vogt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 20th date of May, 2025, at Irvine, California.

*/s/ John A. Vogt*
John A. Vogt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SCHLUETER-BECKNER, individually and on behalf of all similarly situated individuals; and ZACH BABKA, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLISAFE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01764-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING SIMPLISAFE'S MOTION TO COMPEL ARBITRATION AND PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**[~~PROPOSED~~] ORDER**

AND NOW, this 21st day of May, 2025, upon consideration of the Parties' Stipulation Regarding SimpliSafe, Inc.'s Motion To Compel Arbitration And Plaintiffs' First Amended Complaint, it is hereby ORDERED that the Stipulation is GRANTED. SimpliSafe's Motion to Compel Arbitration remains pending and SimpliSafe need not refile the motion to compel arbitration, and SimpliSafe's motion to compel arbitration constitutes SimpliSafe's response to the Plaintiffs' first amended complaint.

SO ORDERED,

Dated: May 21, 2025

Honorable Charles R. Breyer
United States District Judge