UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVIS SCHLUETER-BECKNER and ZACH BABKA,

Plaintiff,

v.

SimpliSafe, Inc., a Delaware Corporation,

Defendant.

Case No. 3:25-cv-01764-CRB

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) SimpliSafe, Inc., a Delaware Corporation, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

**Stephanie Sheridan, Meegan Brooks, and Christine Wang of Ballard Spahr, LLP**

Name(s) of counsel withdrawing from representation and firm name:

**John Alexander Vogt and Matthew Thomas Billeci of Goodwin Proctor, LLP**

Date: October 27, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: October 28, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California